# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | A. Benjamin Goldgar | **Hearing Date** | January 10, 2018 |
| **Bankruptcy Case** | 17 B 15330 | **Adversary No.** | 17 A 00428 |
| **Title of Case** | Kum Ye McClelland, Kung Lim Zyung, and Jung Soon Lee v. Oie Za Moon | | |

**Brief Statement of Motion**: Plaintiff's oral motion for leave to file second amended complaint

**Names and Addresses of moving counsel**:

**Representing**:

## ORDER

The plaintiff's oral motion is granted. Second amended complaint is due on or before January 17, 2018.

Answer to second amended complaint is due on or before February 14, 2018.

Status hearing on this matter is set for February 21, 2018, at 10:00 a.m. in courtroom 642.

*/s/ A. Benjamin Goldgar*