## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | A. Benjamin Goldgar | **Hearing Date** | October 17, 2018 |
| **Bankruptcy Case** | No. 17 B 15330 | **Adversary** | No. 17 A 428 |

**Brief Statement of Motion**

McClelland v. Moon

Order bifurcating claims for trial

**Names and Addresses of moving counsel**

**Representing**

## ORDER

On the court's own motion, and pursuant to Rule 42(b) of the Federal Rules of Civil Procedure, Fed. R. Civ. P. 42(b) (made applicable by Fed. R. Bankr. P. 7042), the claims in this proceeding are bifurcated for trial. Trial will proceed first on the section 727 claims. If necessary, trial will then proceed separately on the section 523 claims.

*[signature]*