IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Oie Za Moon | ) Case No. 17-15330 |
| | ) Chapter 7 |
| Debtor, | ) Judge A. Benjamin Goldgar |
| | ) |
| Kum Ye McClelland, Kung Lim Zyung and Jung Soon Lee | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) Adversary No. 17-00428 |
| | ) |
| Oie Za Moon | ) |
| | ) |
| Defendant, | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Kum Ye McClelland, Kung Lim Zyung, Jung Soon Lee ("Plaintiffs") and Defendant Oie Za Moon, by and through their counsel, pursuant to Fed. R. Bankr. P. 7041 and Fed. R. Civ. P. 41 (a)(1)(A)(ii), jointly stipulate to the dismissal of all claims in the above-captioned adversary proceeding with prejudice, with each party to bear its own attorney's fees, costs and expenses.

Dated:    March 4, 2019

Respectfully submitted,

By: /s/ Ryan Kim
Ryan J. Kim
INSEED LAW, P.C.
2454 East Dempster Street, Suite 301
Des Plaines, Illinois 60016
(Attorney of Record for Plaintiffs)

By: /s/ _____
Michael R. Colter, II, Esq.
David M Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
(Attorney of Record for Defendant)