UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Oie Za Moon | ) BK No.: 17-15330<br>)<br>)<br>) Chapter: 7<br>)<br>) Honorable A. Benjamin Goldgar<br>) |
| Debtor(s)<br>Kum Ye McClelland, Kung Lim Zyung and Jung Soon Lee | )<br>) Adv. No.: 17-00428<br>) |
| Plaintiff(s) | )<br>) |
| Oie Za Moon | )<br>) |
| Defendant(s) | ) |

Order ~~for~~ Granting Motion Voluntary Dismissal

THIS MATTER coming to be heard on the motion of Plaintiffs, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notices having been given to the parties entitled thereto:

It is hereby ORDERED that:

Plaintiffs' Motion for Voluntary Dismissal ~~for this action~~ is granted. ~~because~~ ABG
~~1) Plaintiffs gave 21 days' notice to the debtor, the United States Trustee, the trustee, if any, and all creditors and other parties of record properly.~~
~~2) Plaintiffs state that no entity has promised, has given or has received directly and consideration to obtain or allow such dismissal.~~
~~3) The trustee or any creditors who wish to adopt and prosecute the adversary proceeding in question did not seek leave to do so at or before the hearing on the motion to dismiss.~~

Enter:

Dated: MAY 1 3 2019

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

**Prepared by:**
Ryan J. Kim
INSEED LAW, P.C.
2454 E Dempster St Suite 301
Des Plaines, IL 60016
Attorney for Plaintiffs